UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
JOSE STRUGO,

                             Plaintiff,

               -against-

THE REPUBLIC OF ARGENTINA,

                            Defendant.
------------------------------------------------------------------- x

**ORDER OF SATISFACTION OF JUDGMENT**

05-cv-04149 (LAP)

      WHEREAS, on October 27, 2009, the Court entered a final judgment, ECF No. 22, (the "Final Judgment") against the Republic of Argentina (the "Republic") and in favor of the plaintiff José Strugo with respect to beneficial interests on certain defaulted bonds issued by the Republic (the "Bonds");

      WHEREAS, plaintiff has settled his claims and accordingly no longer holds any interest in the Bonds that are subject of the above-captioned case.

      NOW, THEREFORE, full satisfaction of the Final Judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to make an entry of full satisfaction on the docket.

SO ORDERED:

*Loretta A. Preska*
United States District Judge
Dated: October 15, 2020